— Appeal by the defendant from a judgment of the County Court, Suffolk County (Efman, J.), rendered October 9, 2015, convicting him of grand larceny in the third degree, grand larceny in the fourth degree, petit larceny (two counts), and resisting arrest, upon his plea of guilty, and imposing sentence.
 

 Ordered that the judgment is affirmed.
 

 The defendant’s contention that his plea of guilty was not knowing, voluntary, or intelligent because the County Court failed to properly advise him of all of his constitutional rights under Boykin v Alabama (395 US 238 [1969]) is unpreserved for appellate review, because the defendant failed to move to vacate his plea prior to the imposition of sentence or otherwise raise the issue in the County Court, although he had ample time to do so (see CPL 470.05 [2]; People v Williams, 27 NY3d 212 [2016]; People v Conceicao, 26 NY3d 375 [2015]; People v Gavidia, 151 AD3d 883 [2017]). We decline to review this issue in the exercise of our interest of justice jurisdiction (see People v Thomas, 148 AD3d 734 [2017]). Further, the defendant’s valid waiver of his right to appeal precludes review of his claim that the sentence imposed was excessive (see People v Sanders, 25 NY3d 337 [2015]; People v Seaberg, 74 NY2d 1 [1989]).
 

 Dillon, J.P., Chambers, Cohen and Iannacci, JJ., concur.